NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30122
07-DEC-2015
09:21 AM**

NO. 30122

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PEARL CITY BUSINESS PLAZA ASSOCIATES, Plaintiff-Appellee,
v.
ANN & SUN, INC., Defendant-Appellee,
and
HUI YONG YU, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL 08-1-0317)

ORDER APPROVING THE OCTOBER 28, 2015
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice, filed October 28, 2015, by Defendant-Appellant
Hui Yong Yu (Appellant), the papers in support, and the record,
it appears that (1) the stipulation is dated and signed by
counsel for all parties appearing in the appeal; (2) the parties
seek to dismiss the appeal with prejudice, pursuant to Hawai'i
Rules of Appellate Procedure (HRAP) Rule 42(a); (3) because the
appeal was docketed on December 15, 2009, dismissal is authorized
by HRAP Rule 42(b); and (4) the parties agree to bear their own
attorneys' fees and costs.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, December 7, 2015.

Chief Judge

Associate Judge

Associate Judge